**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00340-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

CURTIS C. RAGLAND,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal of Case** [#8] filed August 28, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#8] filed August 28, 2009, is **APPROVED**;

2. That the Show Cause Hearing set for September 3, 2009, is **VACATED**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 28, 2009, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge